JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND CANYON MANAGEMENT, L.P., d.b.a. SAND CANYON COUNTRY CLUB, a California limited partnership, and Steve Y. Kim, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SANTA CLARITA, and DOES 1 - 50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:21-cv-08388-DSF-RAO<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br><br>Complaint Filed:  October 22, 2021 |

The Court, having considered the stipulation of Plaintiffs Sand Canyon Management, L.P., d.b.a. Sand Canyon Country Club and Steve Y. Kim, on the one hand, and Defendant City of Santa Clarita, on the other hand, to dismiss the pending action without prejudice, and finding good cause therefore, hereby adopts the stipulation. The above-captioned action is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii). All parties are to bear their own fees and expenses incurred in the action.

**IT IS SO ORDERED.**

DATED: _____August 11, 2022_____                    _____
                                                                                 The Honorable Dale S. Fischer
                                                                                 U.S. District Court Judge